UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00144-KJD-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | (Mot Dismiss Counsel - Dkt. #67) |
| DON EUGENE WHITE, | (Mot Strike – Dkt. #68) |
| Defendant. | |

Before the court is Defendant Don Eugene White's Motion to Show Cause to Dismiss Counsel for Ineffective Counsel and to Strike Counsel's Motion for Extension on the Behalf of the Defendant (Dkt. ##67, 68) which was signed by Defendant February 26, 2016, mailed to the court February 29, 2016, and docketed March 2, 2016.

On March 1, 2016, the undersigned conducted a hearing on the same issues on defense counsel's Motion to Withdraw (Dkt. #61), Defendant's Motion to Show Cause (Dkt. #62), and Defendant's Motion to Extend Time (Dkt. #65) which were all denied in open court.

The timing of Defendant's Motions (Dkt. #67, 68) show that they were mailed before the hearing held on March 1, 2016, and are not new issues that have come up after the March 1, 2016 hearing. As such,

**IT IS ORDERED** that Defendant Don Eugene White's Motion to Show Cause to Dismiss Counsel for Ineffective Counsel and to Strike Counsel's Motion for Extension on the Behalf of the Defendant (Dkt. ##67, 68) is **DENIED as moot.**

DATED this 24th day of March, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE