# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:15-CR-0144-KJD-PAL |
| v. | **ORDER** |
| DON EUGENE WHITE, | |
| Defendant. | |

Presently before the Court is Defendant's *pro se* Motion to Dismiss Indictment (#122). The Government filed a Motion to Strike Defendant's Motion (#123). Defendant filed a response in opposition (#124) to which the Government replied (#125). Having read and considered the motions, pleadings, the copious hearings before this Court and the trial, the Court finds good cause and grants the Government's motion to strike, because Defendant is represented by counsel. See LR IA 10-6(a). Defendant has failed to establish good cause for the court to allow hybrid representation. Further, Defendant's motion is completely lacking in substance. These issues have been raised and litigated many times. The outcomes of those cases do not support Defendant's cause, i.e., the desire, as a felon, to possess a firearm with no federal repercussion.

Accordingly, IT IS HEREBY ORDERED that the Government's Motion to Strike Defendant's Motion (#123) is **GRANTED**;

1     IT IS FURTHER ORDERED that Defendant's Motion to Dismiss Indictment (#122) is

2 **DENIED**.

3     DATED this __8__ day of August 2016.

_____
Kent J. Dawson
United States District Judge