**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 16-10539 |
| Plaintiff-Appellee, | ) | |
| vs. | ) | 2:15-cr-00144-KJD-PAL-1 |
| DON EUGENE WHITE, | ) | |
| Defendant-Appellant. | ) | **ORDER** |

    Pursuant to the Motion for Appointment of Appellate Counsel (doc.145) filed on December 23, 2016, by Don Eugene White, IT IS HERE BY ORDERED that Kathleen Bliss is appointed to represent Don Eugene White for this appeal. Ms. Bliss's address is: 400 S. 4th Street, Suite 500, Las Vegas NV, 89101 and her phone number is 702-793-3000.

    Former counsel, Thomas A. Ericsson's office is directed to forward the file to Ms. Bliss forthwith.

    The clerk is directed to forward a copy of this order to the Clerk of the 9th Circuit Court of Appeals at counselappointment@ca9.uscourts.gov.

    DATED this 20th day of January, 2017.
    Nunc Pro Tunc Date: December 30, 2016

                                                                    UNITED STATES DISTRICT JUDGE