FILED ___ RECEIVED ___
ENTERED ___ SERVED ON ___
COUNSEL/PARTIES OF RECORD

JAN 24 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ___ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,  )   Case No. 2:15-cr-144-KJD-PAL
             Plaintiff,    )
                           )   ORDER TEMPORARILY
     v.                    )   UNSEALING AUDIO RECORDING
DON EUGENE WHITE,          )
             Defendant.    )

Thomas Ericsson, Esq., submitted a Transcript Order form requesting a transcript of the Motion Hearing, held on 6/9/2016, a portion of this hearing contains ex-parte proceedings and is sealed. The transcript is to be prepared by Felicia Zabin.

**IT IS THE ORDER OF THE COURT** that the sealed audio recording shall be unsealed for the limited purpose of preparing the transcript by Felicia Zabin and providing a copy of the transcript to Thomas Ericsson, Esq., as requested.

**IT IS FURTHER ORDERED** that the audio recording shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28 U.S.C. § 753(b) and remain sealed until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

DATED this 24TH day of January, 2017.

_____
PEGGY A. LEEN
United States Magistrate Judge