FILED ___ ___ SERVED ON
ENTERED ___ COUNSEL/PARTIES OF RECORD

JAN 3 1 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA, ) Case No. 2:15-cr-144-KJD-PAL
        Plaintiff, )
v. ) ORDER TEMPORARILY
DON EUGENE WHITE, ) UNSEALING AUDIO RECORDING
        Defendant. )

    Thomas Ericsson, Esq., submitted a Transcript Order form requesting a transcript of the Motion Hearings, held on 1/23/2016 and 3/1/2016, a portion of these hearings contains ex-parte proceedings and are sealed. The transcripts are to be prepared by Felicia Zabin.

    **IT IS THE ORDER OF THE COURT** that the sealed audio recordings shall be unsealed for the limited purpose of preparing the transcripts by Felicia Zabin and providing a copy of the transcripts to Thomas Ericsson, Esq., as requested.

    **IT IS FURTHER ORDERED** that the audio recordings shall thereafter be resealed and a certified copy of the transcripts be delivered to the Clerk pursuant to 28 U.S.C. § 753(b) and remain sealed until further order of this Court.

    **IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcripts of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

    DATED this 31st day of January, 2017.

                                    _____
                                    PEGGY A. LEEN
                                    United States Magistrate Judge