RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Don Eugene White

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>DON EUGENE WHITE,<br><br>   Defendant. | Case No. 2:15-cr-00144-KJD-PAL<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jacob H. Operskalski, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Don Eugene White, that the Revocation Hearing currently scheduled on March 26, 2024, at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. The parties are involved in negotiations. The government has extended two offers to Mr. White. He requires additional time to speak with his family and consider which option he would like to take.

2. Defense counsel is anticipated to be in trial in mid-April while government counsel may be in trial in May. Accordingly, the parties ask for the matter to be reset no sooner than June 2024.

3. The defendant is in federal custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the fourth request for a continuance of the revocation hearing.

DATED this 21st day of March 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|    /s/ Raquel Lazo<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender |    /s/ Jacob H. Operskalski<br>By_____<br>JACOB H. OPERSKALSKI<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DON EUGENE WHITE,<br><br>　　　　Defendant. | Case No. 2:15-cr-00144-KJD-PAL<br><br>**ORDER** |

　　　Based on the pending Stipulation of counsel, and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Tuesday, March 26, 2024, at 10:00 a.m., be vacated and continued to June 25, 2024 at the hour of 10:30 a.m. in courtroom 4A.  No further continuances will be granted in this matter.

　　　DATED this 22 day of March 2024.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3